# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEVOYD REED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
CLARK COUNTY DISTRICT
ATTORNEY'S OFFICE,
Real Party in Interest.

No. 84252

**FILED**

MAR 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of prohibition directing the district court to cease all proceedings in district court case number C-18-3297621.

Petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

22-07774

Accordingly, and without deciding on the merits of the writ petition, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Stiglich

cc:    David Levoyd Reed
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Petitioner's motion to exceed 7,000 word limit is granted. The petition was filed on February 17, 2022.